**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS INDICTMENT** |
| vs. | ) | |
| | ) | |
| Michael Thomas Hanks, | ) | Case No. 1:08-cr-016 |
| | ) | |
| Defendant. | ) | |

_____

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of court is **GRANTED** for filing of the dismissal of the indictment against defendant Michael Thomas Hanks.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court